# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-954
LT Case No. 2019-CF-4344

_____

JOSEPH LC BAILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Pamela J. Koller, Assistant Public Defender,
Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____